UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                                             DATE: May 18, 2020
JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                     Docket # 20-CR-365

U.S.A. v. SAMORA PATTERSON

**Appearances:**
Sean Sherman, AUSA for Gov
K. Anthony Thomas, Esq. (AFPD)

Nature of Proceeding:   **ARRAIGNMENT ON INFORMATION**

All parties present via Zoom video conference.
Consent by defendant to proceed via Zoom videoconference placed on the record.
Consent order to be filed.

Defendant was advised of the charges on the Information;
Defendant waived reading of the Information and plead Not Guilty to all counts of the Information;
Scheduling order to be signed and filed.
Continuance order to be submitted.

Time Commenced 11:10 a.m.
Time Adjourned  11:35 a.m.
Total Time:   25 mins.

cc: chambers                                                       Carmen D. Soto
                                                                   Deputy Clerk