UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|                                                    : | Hon. Susan D. Wigenton |
|       v.                                      : | |
|                                                    : | Crim. No. 20-365 |
| SAMORA PATTERSON : | |
|                                                    : | <u>ORDER FOR DISMISSAL</u> |

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses the Information, Crim. No. 20-365, against defendant Samora Patterson (the "Defendant"), which Information was filed on May 5, 2020, and which charged the Defendant with conspiracy to transact in criminal proceeds, contrary to 18 U.S.C. § 1957, in violation of 18 U.S.C. § 1956(h); and transacting in criminal proceeds, in violation of 18 U.S.C. § 1957, because further prosecution by Information against the Defendant is not in the interests of the United States at this time.[1]

        This dismissal is without prejudice.

_____
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

      *s/ Susan D. Wigenton*
_____
HON. SUSAN D. WIGENTON
United States District Judge

Dated: June 8, 2020

---

[1] The Government is not moving to dismiss the Complaint, Mag. No. 19-8058.